THE PEOPLE OF THE STATE OF NEW YORK ex rel. RICHMOND LIGHT AND RAILROAD COMPANY, Appellant, *v.* EDWARD E. McCALL et al., Constituting the Public Service Commission of the State of New York, First District, Respondents.

*People ex rel. Richmond Light & R. R. Co.* v. *McCall,* 169 App. Div. 925, affirmed.
(Argued November 16, 1915; decided November 30, 1915.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered

June 4, 1915, which dismissed a writ of certiorari and confirmed the proceedings of the defendant Public Service Commission directing the relator to double track a portion of its line of street surface railroad known as the Castleton Avenue or Brighton Heights line on Staten Island.

*Lewis H. Freedman* and *Adrian H. Larkin* for appellant.

*Arthur Du Bois* and *George S. Coleman* for respondents.

Order affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, CARDOZO, SEABURY and POUND, JJ.